ACCEPTED
06-15-00136-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/20/2015 11:34:17 AM
DEBBIE AUTREY
CLERK

## No. 06-15-00136-CR

| | | |
|---|---|---|
| **BRONCHEA GERAD WALKER** | § | **IN THE SIXTH** |
| | § | |
| **v.** | § | **COURT OF APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **TEXARKANA, TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/20/2015 11:34:17 AM
DEBBIE AUTREY
Clerk

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

COMES NOW Bronchea Gerad Walker, Appellant in the above-styled and numbered cause, and makes and files this Unopposed Motion for an Extension of Time to file the Appellant's Brief, and in support thereof shows the Court as follows:

### I.

The trial court imposed sentence on June 25, 2015. The reporter's record was filed on September 8, 2015. The clerk's record was filed on October 23, 2015. The appellant's brief is due on November 23, 2015. No previous extensions have been requested or granted. Appellant requests an additional 30 days to file the appellant's brief, extending the deadline until December 23, 2015.

## II.

Appellant needs additional time to file the appellant's brief because other trial and appellate matters have prevented counsel from preparing the brief in this case.

Counsel has recently prepared and filed: (1) an appellant's brief in the Fifth Circuit Court of Appeals on November 5, 2015 in cause no. 15-50745, USA v. Helms; and (2) an appellant's brief in this Court on November 18, 2015 in cause no. 06-15-00133-CR, Battle v. State.

In addition to the current deadline for the appellant's brief in this appeal, counsel has the following upcoming appellate deadlines: (1) answer to application for postconviction habeas application on November 24, 2015 in trial court cause no. 2011-1921-C2A, Ex parte Felan, in the 54th District Court of McLennan County in which counsel has been appointed as attorney pro tem for the State; (2) PDR on November 30, 2015 in the Court of Criminal Appeals from cause no. 10-14-00107-CR, Reid v. State in the Waco Court of Appeals; (3) PDR on November 30, 2015 in the Court of Criminal Appeals from cause no. 10-14-182-CR, Anderson v. State in the Waco Court of Appeals; (4) oral argument in this Court in cause no. 06-15-00086-CV, In re Tyndell; (5) PDR on December 7, 2015 in the Court of Criminal Appeals from

cause no. 10-14-00268-CR, Smith v. State in the Waco Court of Appeals; and (6) appellant's brief on December 14, 2015 in cause no. 07-15-00267-CR, Fraser v. State, in the Amarillo Court of Appeals.

In addition, counsel is set for jury trial in cause no. 2014-2176-3, In the Interest of Z.X.W., a Child, in the 74th District Court of McLennan County on December 14, 2015. This is a parental rights termination case that will take several days to try.

In addition, counsel has numerous other case settings, hearings and appellate deadlines in the upcoming weeks.

### III.

Appellant's counsel has conferred with counsel for the State, and the State DOES NOT oppose this motion.

WHEREFORE, PREMISES CONSIDERED, Appellant requests that the Court grant a 30-day extension for the filing of the appellant's brief and such other and further relief to which he may show himself justly entitled.

Respectfully submitted,


 /s/ Alan Bennett
E. Alan Bennett
Counsel for Appellant
SBOT #02140700

Sheehy, Lovelace & Mayfield, P.C.
510 N. Valley Mills Dr., Ste. 500
Waco, TX  76710
Telephone:	(254) 772-8022
Fax:	(254) 772-9297
Email:	abennett@slmpc.com


**Certificate of Service**

The undersigned hereby certifies that a true and correct copy of this

document has been served by email on November 20, 2015 to counsel for the

State, Sterling Harmon, at sterling.harmon@co.mclennan.tx.us.


 /s/ Alan Bennett
E. Alan Bennett